UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JUL - 5 2011

David J. Bradley, Clerk of Court

June 30, 2011

UNITED STATES BANKRUPTCY COURT
Southern District of TX
PO BOX 61010

HOUSTON TX 77208

IN RE: Service Transfer
DEBTOR(S):   CHARLES R MOSELY

CASE NUMBER:   1134281

LOAN NUMBER:   708  - 0178390183

NOTICE OF TRANSFER OF CLAIM

The undersigned hereby gives notice of the assignment and transfer of the above filed claim as of July 7, 2011 and submits the following information:

Name and address of transferor (original claimant):

Wells Fargo Home Mortgage, Inc.
3476 Stateview Blvd
Fort Mill, SC 29715

Name and address of transferee:

PennyMac Loan Services, LLC
Paula Zamora
Loan Boarding Department
27001 Agoura Rd
Calabasas, CA 91301
(818) 878-8404 (818) 936-0553 fax
loanboarding@pnmac.com

Original amount of claim being transferred:   $8,163.39         (arrearages)

This transfer is unconditional.

cc: Trustee and debtor atty

Jeff Hacker
Bankruptcy Department